155 So. 919

**Harvey HEREFORD v. STATE.**

**8 Div. 957.**

Court of Appeals of Alabama.
May 22, 1934.

SAMFORD, Judge.
Affirmed.

159 So. 916

**Dalton HILL v. STATE.**

**8 Div. 90.**

Court of Appeals of Alabama.
Feb. 5, 1935.

RICE, Judge.
Appeal dismissed.

155 So. 919

**Earl HILL v. STATE.**

**8 Div. 846.**

Court of Appeals of Alabama.
March 20, 1934.

Rehearing Denied June 5, 1934.

Raymond Murphy, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

153 So. 921

**Herman HILL v. STATE.**

**8 Div. 740.**

Court of Appeals of Alabama.
March 6, 1934.

Bradshaw & Barnett, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

The only question of merit in this case is the sufficiency of the evidence to sustain the verdict.

There are facts and circumstances in the case tending to discredit the testimony of the three state's witnesses, but if their testimony is believed beyond a reasonable doubt, then this defendant, at the time and place testified to, had in his possession prohibited liquor contrary to law. This was a question for the jury, and the court so held.

Exceptions reserved to remarks of the solicitor in his closing argument are without merit.

We find no error in the record, and the judgment is affirmed.

Affirmed.

157 So. 919

**J. A. HILL v. Ealie NOLES.**

**7 Div. 46.**

Court of Appeals of Alabama.
Oct. 30, 1934.

J. A. Johnson and Isbell & Beck, all of Fort Payne, for appellant.

C. A. Wolfes, of Fort Payne, for appellee.

RICE, Judge.
Affirmed.

155 So. 919

**Tom HILL v. STATE.**

**8 Div. 932.**

Court of Appeals of Alabama.
May 22, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.